UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-121

No. 24-1083

IN RE: VENOCO LLC

(D. Del. No. 1-22-cv-01174)

Present: FREEMAN, Circuit Judge

1. Motion for Leave to File Brief of Amicus Curiae Institute for Justice in Support of Appellant.

                                                                                Respectfully,
                                                                                Clerk/mcw

_____ORDER_____
The foregoing motion is granted.

                                                                                By the Court,

                                                                                s/ Arianna J. Freeman
                                                                                Circuit Judge

Dated: June 21, 2024
MCW/cc: All Counsel of Record